## STATE OF CONNECTICUT *v.* THE R.A. CIVITELLO COMPANY, INC.

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 438, is denied.

*Bradley K. Cooney,* in support of the petition.

*William J. White,* assistant attorney general, in opposition.

Decided April 23, 1986

## STATE OF CONNECTICUT *v.* ERNST WEBER

The defendant's petition for certification for appeal from the Appellate Court, 6 Conn. App. 407, is denied.

*John R. Williams,* in support of the petition.

*Christopher Malany,* deputy assistant state's attorney, in opposition.

Decided April 23, 1986

## BEVERLY ALLEN *v.* NORTHEAST UTILITIES

The plaintiff's petition for certification for appeal from the Appellate Court, 6 Conn. App. 498, is denied.

*James A. Wade* and *Sylvia Kemp-Orino,* in support of the petition.

Decided April 26, 1986

## KENNETH J. MILANO *v.* THOMAS B. SAYERS ET AL.

## WILLIAM J. DREW *v.* THOMAS B. SAYERS ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 6 Conn. App. 491, is denied.

*Eugene A. Cooney,* in support of the petition.

*Richard P. Weinstein* and *Anthony A. Tomaro,* in opposition.

Decided April 29, 1986